■    MIRIAM S. TROSKY, Appellant, v YVONNE T. SIDER et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs. (See *Erneta v Princeton Hosp.,* 49 NY2d 829.) (Appeal from order of Niagara Supreme Court—attachment.) Present—Cardamone, J. P., Simons, Schnepp, Callahan and Witmer, JJ.

■    In the Matter of GENEVIEVE E. CRAWFORD, Petitioner, v JAMES F. CROWLEY, as County Judge of the County of Cattaraugus, et al., Respondents.—Petition unanimously denied, without costs. (CPLR art 78.) Present —Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY L. SULLIVAN, Appellant.—Judgment insofar as it imposes sentence unanimously modified as a matter of discretion in the interest of justice by reducing the minimum sentence to a term of three years, and otherwise judgment affirmed. (Appeal from judgment of Onondaga Supreme Court— manslaughter, first degree.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.